June 7, 2022
Behalf of Barak Olds

Dear Your Honor,

USDC- BALTIMORE
'22 JUN 7 PM 3:24

I am writing this letter on behalf of my son Barak Olds Jr. Barak is loved by his entire family. He is not a bad person at all. He is very respectful and plays a pivotal part of our entire family. He has 3 beautiful children that love him very much and they need and miss their dad. He has hit many stumbling blocks in life but with the love and support of his family, he has persevered and made it through. He is always there for any of his friends + family when needed. He is a very kind and giving person. I personally can say that my son is a kind and loving person and he is needed and missed very dearly in our family. To know him and I mean actually know him is to love him. His family loves + misses him very much and I know if given the chance and guidance Barak can be a productive member of society.

Rachell Connelly

June 1, 2022

From,
Bonnie Geyer

USDC- BALTIMORE
'22 JUN 7 PM 3:24

To
The Honorable Judge
RE: Barak Olds

Your Honor,

Thank you for taking a moment to read a note from me on behalf of Barak Olds.

I have known Barak for 8 years, I have found him to be a very respectful, kind & helpful young man.

I met Barak thru his mother. We work together and I have come to know all her children.

Barak has been thru much adversity in his life, and I know him to be a good person. He is always respectful when I have been with him. I know he is working hard to get his life back on track.

I appreciate your time and hope that Barak can soon get that chance to start fresh.

Respectfully,

*Bonnie Geyer*

Bonnie Geyer